UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KAREN B. HYLER,
    Plaintiff,

vs.                                                      Case No.: 3:21cv00513/MCR/ZCB

OLD NAVY LLC,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this personal injury action in the First Judicial Circuit Court for Okaloosa County. (Doc. 1). Defendant removed it on March 24, 2021. (*Id.*). The parties proceeded through discovery, and on March 29, 2022, the Court granted Plaintiff's attorneys' Motion to Withdrawal as Counsel. (Doc. 12). The Court ordered Plaintiff to either retain new counsel and have her new counsel make an appearance in the case, or notify the Court and parties of her intention to proceed *pro se* within forty-five days. (*Id.*). The Court's order specifically warned Plaintiff that her failure to comply would result in dismissal of the case. (*Id*. at 5). Nonetheless, Plaintiff failed to comply with the Court's order.

On July 15, 2022, the Court ordered Plaintiff to show cause, within thirty days, why the case should not be dismissed for her failure to comply with an order of the Court. (Doc. 16). The time for compliance with the show cause order has expired,

1

and Plaintiff has not responded. Given Plaintiff's failure to comply with Court orders despite being warned of the consequences for doing so, dismissal is warranted. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with…a court order"); *see also Equity Lifestyle Props., Inc. v. Florida Mowing & Landscaping Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) ("The court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order.").

Accordingly, it is respectfully **RECOMMENDED** that:

1. This case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court; and

2. All pending motions, including Defendants' Motion for Summary Judgment (Doc. 14), be **DENIED as moot**.

At Pensacola, Florida, this 6th day of October 2022.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate**

**judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**